CL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

|  |  |
|---|---|
| BRIGITTE AKWEI, et al, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> RECKITT BENCKISER, LLC, : <br> : <br> Defendant. : | **Civil Action No. 18-374 (SRC)** <br><br> **ORDER** |

**CHESLER**, District Judge

    This matter comes before the Court *sua sponte* based upon its independent obligation to ensure that parties which appear before it comply with the Local Civil Rules for the District of New Jersey; and further

    **IT APPEARING** that Local Civil Rule 101.1(c)(4) states that "Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders"; and further

    **APPEARING** that counsel for Plaintiffs Anne Seelig, Esq., C.K. Lee, Esq., and Paul W. Garrity, Esq. are not admitted to the Federal Bar of New Jersey (Docket No. 25); and further

    **APPEARING** that counsel for Plaintiffs has not applied for admission *pro hac vice* to this District, nor has counsel for Plaintiffs associated with a member of the Federal Bar of this Court to appear as counsel of record pursuant to Local Civil Rule 101.1(c); and further

1

**APPEARING** that therefore there is no attorney of record for Plaintiffs admitted to practice law in this District; and further

**APPEARING** that Federal Rule of Civil Procedure 11(a) requires that "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number"; and further

**APPEARING** that Plaintiffs have therefore failed to comply with the Local Civil Rules for the District of New Jersey, as well as the Federal Rules of Civil Procedure, for bringing and maintaining a suit in this District; therefore

**IT IS** on this 25th day of July, 2018, hereby

**ORDERED** that Plaintiffs' complaint (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE**; and further

**ORDERED** that Plaintiffs are granted leave to refile the complaint once they have complied with Local Rule 101.1 for obtaining counsel that is admitted to practice law in this District.

      /s Stanley R. Chesler_____
      STANLEY R. CHESLER
      United States District Judge